**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America *ex rel.* GNGH2 Inc., <br><br>     Plaintiff-Relator, <br><br>v. <br><br>Oneonta Entertainment Corp.; <br>Pittsford Cinema Corporation; <br>Rome Cinemas Corp.; <br>Zurich Cinema Corporation; <br>Mansfield Cinema Corporation; <br>Movies10, Inc.; <br>Zurich Cinemas Of Oswego, Inc.; <br>Movieplex Cinemas of Geneva, Inc.; <br>Movieplex Cinemas of Oneida, Inc.; and <br>Rotterdam Square Cinemas, Inc., <br><br>     Defendants. | Civil Action No. <br>5:23-cv-0023 (DNH/ML) |

**ORDER**

The Relator, GNGH2 Inc., having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the Court having received the consent of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS ORDERED** that,

1. This action is dismissed with prejudice as to Relator GNGH2 Inc. and without prejudice as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other

contents of the Court's file in this action shall remain under seal and not be made public.

September 20, 2024

_____
David N. Hurd
U.S. District Judge

2